# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hayden, Katharine S. | US District Court - DNJ | 05/01/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐  Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States District Court
USPO & Courthouse Building
Newark, New Jersey 07101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 1/14-12/14 | Partner, Law Firm - Walder Hayden P.A. Roseland, NJ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/01/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. - Arbor Realty Trust Inc. Common Stock | A | Dividend | J | T | | | | | |
| 3. - Consolidated Edison Inc. Common Stock | A | Dividend | K | T | | | | | |
| 4. - Duke Energy Corp New Common Stock | A | Dividend | J | T | | | | | |
| 5. - Enterprise Prods Partners LP Common Stock | | None | K | T | | | | | |
| 6. - GlaxoSmithKline PLC SP ADR Common Stock | A | Dividend | J | T | | | | | |
| 7. - Kimberly Clark Corp. Common Stock | A | Dividend | K | T | | | | | |
| 8. - JP Morgan Chase & Co. Common Stock | A | Dividend | K | T | | | | | |
| 9. - Pfizer Inc. Common Stock | A | Dividend | J | T | | | | | |
| 10. - Sasol Ltd., Spons. ADR Common Stock | A | Dividend | J | T | | | | | |
| 11. - Walt Disney Co. Common Stock | A | Dividend | K | T | Sold (part) | 07/23/14 | J | C | |
| 12. - Altria Group Inc. Common Stock | A | Dividend | | | Sold | 01/13/14 | J | D | |
| 13. - Aqua America Inc. Common Stock | A | Dividend | K | T | | | | | |
| 14. - AT&T Inc. Common Stock | B | Dividend | K | T | | | | | |
| 15. - Honeywell Intl Inc. Common Stock | A | Dividend | K | T | | | | | |
| 16. - Microsoft Corp Common Stock | A | Dividend | K | T | | | | | |
| 17. - Mitsubishi UFJ Financial Group Inc. ADR Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    -Procter & Gamble Co. Common Stock | A | Dividend | K | T | | | | | |
| 19.    - Wal-Mart Stores Inc. Common Stock | A | Dividend | J | T | | | | | |
| 20.    - CVS Caremark Corp. Common Stock | A | Dividend | J | T | Sold (part) | 07/29/14 | J | B | |
| 21.    - Seaspan Corp Common Stock | A | Distribution | J | T | Sold (part) | 03/11/14 | J | | |
| 22. | | | | | Sold (part) | 10/10/14 | J | A | |
| 23.    - Energy Transfer Partners LP Common Stock | | None | K | T | | | | | |
| 24.    - Home Depot Inc Common Stock | A | Dividend | J | T | Sold (part) | 03/11/14 | J | B | |
| 25.    - Layne Christensen Co Common Stock | | None | J | T | Sold (part) | 04/17/14 | J | | |
| 26.    - McDonalds Corp Common Stock | A | Dividend | J | T | Sold (part) | 07/23/14 | J | B | |
| 27.    - Wells Fargo & Co Common Stock | A | Dividend | J | T | | | | | |
| 28.    - Bristol Myers Squibb Co. Common Stock | A | Dividend | K | T | | | | | |
| 29.    - Conagra Foods Inc. Common Stock | A | Dividend | K | T | | | | | |
| 30.    - Deere & Co. Common Stock | A | Dividend | K | T | | | | | |
| 31.    - General Electric Co. Common Stock | A | Dividend | J | T | | | | | |
| 32.    - Kellogg Co. Common Stock | A | Dividend | J | T | | | | | |
| 33.    - Mondelez Intl Inc. Common Stock | A | Dividend | J | T | Sold (part) | 07/23/14 | J | A | |
| 34. | | | | | Sold (part) | 07/29/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - National Oilwell Varco Inc. Common Stock | A | Dividend | J | T | | | | | |
| 36. - Nustar Energy LP Common Stock | | None | K | T | | | | | |
| 37. - Parker-Hannifin Corp. Common Stock | A | Dividend | K | T | Sold (part) | 03/11/14 | J | B | |
| 38. - Philip Morris Intl Inc. Common Stock | B | Dividend | K | T | | | | | |
| 39. - Quanta Services Inc. Common Stock | | None | J | T | | | | | |
| 40. - Raytheon Company Common Stock | A | Dividend | K | T | | | | | |
| 41. - Florida Citizens Ppty Ins Corp Sr Sec Municipal Bond | B | Interest | K | T | | | | | |
| 42. - NJ Edu Facs Auth Rev Rfndg Bonds - Uni of Med/Den of NJ | C | Interest | L | T | | | | | |
| 43. - New Jersey ST Edl Facs Auth Rev Refdg - Kean Univ Bond | B | Interest | K | T | | | | | |
| 44. - California St Var Purp Genl Oblig Municipal Bond | B | Interest | K | T | | | | | |
| 45. - AXT Inc. Common Stock | | None | J | T | | | | | |
| 46. - Boeing Co. Common Stock | A | Dividend | K | T | Buy (add'l) | 01/31/14 | J | | |
| 47. - New York Community Bancorp Common Stock | A | Dividend | J | T | | | | | |
| 48. - Public Service Enterprise Grp Common Stock | A | Dividend | J | T | | | | | |
| 49. - Casino Reinvestment Dev Auth NJ Bond | A | Interest | K | T | | | | | |
| 50. - NJ Higher Ed Assistant Auth Bond | B | Interest | K | T | | | | | |
| 51. - El Du Pont De Nemours & Co Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Emerson Electric Co Common Stock | A | Dividend | J | T | | | | | |
| 53. - Nucor Corp Common Stock | A | Dividend | K | T | | | | | |
| 54. - Virgin Islands PFA Rev Bond | B | Interest | | | Redeemed | 10/01/14 | K | | |
| 55. - Morgan Stanley Bank NA (formerly Citibank NA) Bank Deposit Program | A | Interest | N | T | | | | | See Note in Part VIII |
| 56. - Buckeye Partners LP | | None | K | T | | | | | |
| 57. - Eaton Corp. PLC SHS Common Stock | A | Distribution | J | T | Buy (add'l) | 03/03/14 | J | | |
| 58. - Kinder Morgan Inc. Common Stock | A | Dividend | K | T | Buy (add'l) | 05/14/14 | J | | |
| 59. | | | | | Buy (add'l) | 06/05/14 | J | | |
| 60. | | | | | Buy (add'l) | 12/08/14 | J | | |
| 61. - Kraft Foods Group Inc. Common Stock | A | Dividend | J | T | | | | | |
| 62. - MSA Safety Inc (formerly Mine Safety Appliances Co ). Common Stock | A | Dividend | J | T | Sold (part) | 03/11/14 | J | B | See Note in Part VIII |
| 63. - Pentair Plc (formerly Pentair Ltd.) Common Stock | A | Dividend | K | T | | | | | See Note in Part VIII |
| 64. - Weyerhauser Co. Common Stock | A | Distribution | J | T | | | | | |
| 65. - Xylem Inc. Common Stock | A | Dividend | K | T | | | | | |
| 66. - Apple Inc. Common Stock | A | Dividend | J | T | | | | | |
| 67. - BP PLC ADS Common Stock | A | Dividend | J | T | | | | | |
| 68. - Briggs & Stratton CP Wisc Common Stock | | None | | | Sold | 03/11/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - Cablevision Systems Corp Common Stock | A | Dividend | J | T | | | | | |
| 70.   - Gaslog Ltd Common Stock | A | Dividend | J | T | Buy (add'l) | 05/20/14 | J | | |
| 71. | | | | | Sold (part) | 07/17/14 | J | A | |
| 72.   - Hartford Fin Sers Grp Inc Common Stock | A | Dividend | J | T | Sold (part) | 07/23/14 | J | A | |
| 73. | | | | | Sold (part) | 07/29/14 | J | A | |
| 74.   - Hess Corporation Common Stock | A | Dividend | J | T | | | | | |
| 75.   - Johnson Controls Incorporated Common Stock | A | Dividend | J | T | Buy (add'l) | 04/17/14 | J | | |
| 76.   - Timken Co Common Stock | A | Dividend | K | T | | | | | |
| 77.   - Puerto Rico Elec Pwr Auth Rev Ref Ser-MM Bond | B | Interest | K | T | | | | | |
| 78.   - Conoco Phillips Common Stock | | None | J | T | Buy | 11/19/14 | J | | |
| 79.   - Exelon Corp. Common Stock | A | Dividend | J | T | Buy | 07/07/14 | J | | |
| 80.   - Halliburton Co Common Stock | A | Dividend | J | T | Buy | 11/19/14 | J | | |
| 81.   - Halyard Health Inc Common Stock | | None | J | T | Spinoff (from line 7) | 10/31/14 | J | | See Note in Part VIII |
| 82. | | | | | Buy (add'l) | 11/11/14 | J | | |
| 83.   - Now Inc Common Stock | | None | J | T | Spinoff (from line 35) | 05/30/14 | J | | See Note in Part VIII |
| 84. | | | | | Sold (part) | 05/30/14 | J | A | See Note in Part VIII |
| 85.   - Seaworld Entertainment Inc. Common Stock | A | Dividend | J | T | Buy | 08/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | A | Distribution | | | Buy<br>(add'l) | 10/10/14 | J | | |
| 87.  - Timkensteel Corp Common Stock | A | Dividend | J | T | Spinoff<br>(from line 76) | 06/30/14 | J | | See Note in Part VIII |
| 88.  - Walgreens Boots Alliance (formerly Walgreen Co) Common Stock | A | Dividend | J | T | Buy | 08/12/14 | J | | |
| 89. | | | | | Buy<br>(add'l) | 09/24/14 | J | | |
| 90.  - John Hancock Bk & Thrift Fund | A | Dividend | J | T | Buy | 09/24/14 | J | | |
| 91.  BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 92.  - Fidelity Investments Money Market Account | | | | | Closed | 04/02/14 | J | A | |
| 93.  - Western Asset Municipal Money Market | | | | | Closed | 02/12/14 | J | A | |
| 94.  BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 95.  - Morgan Stanley Bank NA | A | Int./Div. | J | T | | | | | See Note in Part VIII |
| 96.  IRA/401K ACCOUNTS (H) | | | | | | | | | |
| 97.  - IRA Morgan Stanley Bank NA | B | Interest | K | T | | | | | See Note in Part VIII |
| 98.  - IRA Morgan Stanley Bank NA | D | Interest | N | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 55 - Bank Deposit Program changed from Citibank NA to Morgan Stanley Bank NA

Part VII, Line 62 - Mine Safety Appliances Co. changed its name to MSA Safety Inc. on 3/10/2014

Part VII, Line 63 - Due to a merger, shares in Pentair Inc. common stock were exchanged one for one share of Pentair Plc common stock on 6/3/2014

Part VII, Line 81 - Due to a spinoff, for every eight shares of Kimberly Clark Corp common stock, holder was issued one share of Halyard Health Inc. common stock on 10/31/2014

Part VII, Line 83 - Due to a spinoff, for every four shares of Natioal Oilwell Varco Inc common stock, holder was issued one share of Now Inc common stock on 05/30/2014

Part VII, Line 84 - Sale of fractional shares resulting from spinoff (see line 83)

Part VII, Line 87 - Due to a spinoff, for every two shares of TimkenCo common stock, holder was issued one share of Timkemsteel Corp common stock on 06/30/2014

Part VII, Line 95 - Citibank NA changed to Morgan Stanley Bank NA

Park VII, Line 97 - Smith Barney Money Funds Inc. Class A changed to Morgan Stanley Bank NA

Park VII, Line 98 - Smith Barney Money Funds Inc. Class A changed to Morgan Stanley Bank NA

| Name of Person Reporting | Date of Report |
|---|---|
| Hayden, Katharine S. | 05/01/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katharine S. Hayden**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544